**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHANDRA METTS, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br>v.<br><br>SAFEWAY INC.<br><br>    Defendant. | Case No: 15-CV-705 (RC) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety and without costs to any party.

Respectfully submitted                                    Dated October 23, 2015

*For the Defendant*
/s/ Jerome Schaefer
Jerome Schaefer (Bar No. 224931)
John Hathway (Bar No. 412664)
Whiteford, Taylor & Preston, L.L.P.
1025 Connecticut Ave. N.W., Suite 400
Washington, DC. 20036
Telephone:  (202) 659-6800 or
(410) 259-2440
jschaefer@wtplaw.com
jhathway@wtplaw.com

John N. Dahlberg, Esq. (*pro hac vice*)
Dillingham & Murphy LLP
353 Sacramento Street, Suite 2000
San Francisco, CA 9411
(415) 397-2700
Email: jnd@dillinghammurphy.com

*For the Plaintiff*
/s/ Stephen Taylor
Stephen Taylor (*pro hac vice*)
Jody B. Burton
LEMBERG LAW LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
staylor@lemberglaw.com
jburton@lemberglaw.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on October 23, 2015, a copy of the foregoing Stipulation of Dismissal was filed with the Clerk of the Court via the CM/ECF system which sent notice of such filing to the following:

John J. Hathway, Esq.
Jerome Schaefer, Esq.
Whiteford, Taylor & Preston, L.L.P.
1025 Connectinue Avenue, NW, Suite 400
Washington, DC 20036-5405

John N. Dahlberg, Esq. (*pro hac vice*)
Dillingham & Murphy LLP
353 Sacramento Street, Suite 2000
San Francisco, CA 9411
*Attorneys for Defendant*

                                                            */s/ Stephen Taylor*
                                                            Stephen Taylor